[Nos. 38924-0-II; 38930-4-II.   Division Two.   August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. REID, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-02318-1, Thomas P. Larkin, J., entered February 6, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 39026-4-II.   Division Two.   August 6, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. TRENITY YUL SWEETIN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00808-5, James E. Warme, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Schindler, J.

[No. 39260-7-II.   Division Two.   August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL WILLIAM WELSHEIMER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-00034-2, Gary R. Tabor, J., entered April 1, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 39303-4-II.   Division Two.   August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. QUADAFFI A. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02770-5, Thomas P. Larkin, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.